**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**JUAN OMAR BENTLEY,**

     **Plaintiff,**

**v.**                           **Case No.  1:25-cv-184-TKW-HTC**

**OFFICER JASON REUDGEN,**

     **Defendant.**

_____/

## <u>ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND</u>

The magistrate judge recommended that this action be dismissed "without prejudice" because the official capacity claims are barred by the Eleventh Amendment and the individual capacity claims are not adequately pled.  *See* Doc. 27.  Neither party objected to that recommendation, but Plaintiff requested leave to amend "to replead and supply the necessary factual allegation[s] to support a claim for relief."  Doc. 30.

Plaintiff has not previously amended the complaint, and the Court cannot say at this point that an amendment would be futile.  Moreover, because the magistrate judge recommended dismissal of this case "without prejudice," the Court sees no reason not to allow Plaintiff to file an amended complaint in this case rather than requiring him to re-file his claims in an entirely new action.

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation (Doc. 27) is adopted and incorporated by reference in this Order.

2.    Defendant's motion to dismiss (Doc. 21) is **GRANTED**, and the complaint is **DISMISSED** without prejudice.

3.    Plaintiff's motion for leave to amend (Doc. 30) is **GRANTED**, and Plaintiff has 21 days from the date of this Order to file an amended complaint curing the pleading deficiencies identified by the magistrate judge.

4.    Defendant has 14 days from the date the amended complaint is filed to answer or otherwise respond to it.

5.    The Clerk shall refer this case to the magistrate judge for further proceedings when the amended complaint is filed.

6.    If no amended complaint is filed, the Clerk shall close this case.

**DONE and ORDERED** this 8th day of July, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

2